

**NEW YORK CITY HOUSING AUTHORITY**
**LAW DEPARTMENT**
90 CHURCH STREET$ NEW YORK, NY 10007

http:/nyc.gov/nycha

**GREGORY P. RUSS**
Chair & CEO

**LISA BOVA-HIATT**
EVP of Legal Affairs and General Counsel

WRITER'S DIRECT LINE
(212) 776-5043

# MEMO ENDORSED

August 24, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/21
```

<u>**VIA CM/ECF**</u>

Hon. Barbara Moses, U.S.M.J.
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007

  Re: *Shyamal Ghosh v. New York City Housing Authority.* **No. 21-cv-06139 (AT)(BCM)**
    <u>**Joint Request For Adjournment of Rule 16 Conference**</u>

Dear Magistrate Judge Moses:

  I am counsel for Defendant New York City Housing Authority ("NYCHA") in the above-referenced matter. With the consent of Pro se Plaintiff Shyamal Ghosh, I respectfully submit this letter on behalf of the Parties to request adjournment of the Initial Case Management Conference in this matter, currently scheduled to take place via teleconference on Wednesday, August 25, 2021 at 10:00 a.m. (**ECF No. 7**), until **Wednesday, September 29, 2021**, or, in the alternative, until **Wednesday, October 6, 2021**, or until such time thereafter as the Court finds mutually convenient.

  This is the Parties' first joint request for an adjournment of their Rule 16 Conference. As all future dates and discovery deadlines have yet to be scheduled, no scheduled dates will be affected by this Request.

  Good cause exists for the Parties' request for adjournment to be granted. While the parties have already taken part in an initial conference pursuant to their obligations under Fed. R. Civ. P. 26 and Your Honor's pretrial case management Order of July 28, 2021, the Parties were only able to meet for an hour and therefore unable to complete their Rule 26(f) conference and need to discuss several outstanding issues relating to scheduling and case management that will inform the Parties' proposal for a Joint Discovery Plan.

---

Case 1:21-cv-06139-AT-BCM   Document 10   Filed 08/24/21   Page 2 of 2


        As a result of scheduling conflicts brought about by defense counsel's September trial calendar and a (pre-planned) vacation that began last week, the Parties are unlikely to reconvene until the second week of September.  The Parties believe having an additional month to meet and confer will provide sufficient time to set a joint course for discovery and iron out any preliminary case management issues prior to meeting with Your Honor for an Initial Rule 16 Conference.

For each and all of the foregoing reasons, the Parties request an adjournment of tomorrow's Rule 16 conference until **Wednesday, September 29, 2021**, or, in the alternative, until **Wednesday, October 6, 2021**, or until such time thereafter as the Court finds mutually convenient.

Respectfully submitted,

/s/ Sean-Patrick Wilson

Sean-Patrick Wilson (SW7862)
Associate General Counsel
New York City Housing Authority
Law Department
90 Church Street, 11th Floor
New York, NY 10007
Email: Sean-Patrick.Wilson@nycha.nyc.gov

cc: Plaintiff Shyamal Ghosh (via Email)

Application GRANTED. The August 25, 2021 conference is ADJOURNED to **September 29, 2021 at 11:00 a.m.** SO ORDERED.

Barbara Moses
United States Magistrate Judge
August 24, 2021