USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/3/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHYAMAL GHOSH,

                Petitioner,

-against-

NEW YORK CITY HOUSING AUTHORITY,

                Respondent.

21-CV-6139 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**.

On April 29, 2022, defendant filed a motion to dismiss plaintiff's second amended complaint alleging employment discrimination and retaliation. (Dkt. No. 41.) Plaintiff's opposition to the motion to dismiss is due **May 31, 2022**.

Dated: New York, New York
         May 3, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**