UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHYAMAL GHOSH,

                     Plaintiff,                                  21 **CIVIL** 6139 (AT)(BCM)

          -against-                                    **JUDGMENT**

NEW YORK CITY HOUSING AUTHORITY,

                     Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 20, 2023, the Court adopts the Report & Recommendation in its entirety. Accordingly, Defendants' motion to dismiss is GRANTED. Ghosh's federal claims are DISMISSED with prejudice, his state claims are DISMISSED without prejudice, and the Court declines to grant leave to amend; Accordingly, the case is closed.

**Dated:** New York, New York
         March 20, 2023

                                                              **RUBY J. KRAJICK**

                                                                 **Clerk of Court**

                             **BY:**

                                                                 **Deputy Clerk**