```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/19/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHYAMAL GHOSH
(List the full name(s) of the plaintiff(s)/petitioner(s).)

21 cv 06139 (AT)(BCM)

-against-

MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL

NEW YORK CITY HOUSING AUTHORITY
(List the full name(s) of the defendant(s)/respondent(s).)

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on __3-20-2023__ but did not file a notice of appeal within the required
                                        date
time period because:

I was sick and depressed as a result of employer's persistent retaliation, and harassment. I am under medication and it was informed this court with my last submission and I could not reach my e-mail in March 2023 and second half of February.
(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

Dated: __4-18-2023__

Signature: /S/ SHYAMAL GHOSH/

Name (Last, First, MI): GHOSH, SHYAMAL

Address: 42-52 Layton Street, Apt. 1D, Elmhurst, NY 11373

Telephone Number: 646-220-6400

E-mail Address: ghoshsc@aol.com

GRANTED. Any notice of appeal must be filed by **May 19, 2023**.

SO ORDERED.

Dated: April 19, 2023
       New York, New York

ANALISA TORRES
United States District Judge