UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHYAMAL GHOSH,

                        Plaintiff,

       -against-

NEW YORK CITY HOUSING AUTHORITY,

                       Defendants.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:   5/24/2023 |

21 Civ. 6139 (AT)

**ORDER GRANTING IFP**
**APPLICATION**

ANALISA TORRES, District Judge:

       The Court has reviewed Plaintiff's request to proceed *in forma pauperis* on appeal.  ECF No. 60.  Accordingly, Plaintiff's request is GRANTED.  *See* 28 U.S.C. § 1915.

       SO ORDERED.

Dated: May 24, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge